UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Randall Lee Mays III

_(Enter above the full name of the plaintiff or plaintiffs in this action)._  _(Inmate Reg.# of each Plaintiff)_

**VERSUS**  CIVIL ACTION NO. 3:03-0537
_(Number to be assigned by Court)_

Gary Porter

**FILED**
JUN 1 2 2003
SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

_(Enter above the full name of the defendant or defendants in this action)._

## COMPLAINT

I. **Previous Lawsuits**

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

  Yes _____ No __✓__

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.    Parties to this previous lawsuit

        Plaintiffs: _____

        _____

        _____

        Defendants: _____

        _____

        _____

    2.    Court (if federal court, name the district; if state court, name the county):

        _____

        _____

    3.    Docket Number: _____

    4.    Name of judge to whom case was assigned:

        _____

    5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

        _____

        _____

    6.    Approximate date of filing lawsuit:_____

    7.    Approximate date of disposition:_____

II. **Place of Present Confinement:** _____

   A. Is there a prisoner grievance procedure in this institution?

   Yes ✓   No ___

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ✓   No ___

   C. If your answer is YES:

   1. What steps did you take? I talked to co's and the doctor

   2. What was the result? Nothing their was nothing done to this co.

   D. If your answer is NO, explain why not: _____

III. **Parties**

   (In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff: Randall Maury SR

   Address: P.O. Box 218 Wayne W/Va 25570

   B. Additional Plaintiffs and Address: _____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant **Grary Porter**

is employed as **CO**

at **Wayne County Jail**

D. Additional defendants: _____

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

On Dec. 14th 2002 my arm was shut in a door by Mr. Porter on purpose, now I have problems holding on to things I have really bad pain in my arm it constantly

IV. Statement of Claim (continued):

Hurts and bothers me, I sometimes wish that I would not even have a right arm. He purposly did this, because he was locking me down for no reason. And I was carrying my stuff and I droped my pillow and went to

V. RELIEF

on Back

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for some kind of punishment to be done to this officer, because the pain will never go away from my arm. I would like some money because all the times I will have to go to the hospital

## V. Relief (continued)

to try to get my arm fixed. This should have never happened. now that I am doing something about it I will have to live in fear from inmates and his buddies

## VII. Counsel

    A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

    _____

    B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes ____        No ✓

    If so, state the name(s) and address(es) of each lawyer contacted:

    _____

    _____

    If not, state your reasons: The jail will not let any inmate look at a phone book

    C. Have you previously had a lawyer representing you in a civil action in this court?

        Yes ____       No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this __14__ day of __March__, _2003_

_Randall Mays_
_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 14, 2003__
(Date)

_Randall Mays_
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)